

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2015

No. 04-14-00896-CV

Hugo **ALANIZ**,
Appellant

v.

Jose Maria **AGUIRRE**, Elias Aguirre Jr., Argelio Aguirre, Jose Guadalupe Aguirre, and Elsa A.
Lara,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-71
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

    Appellees' brief was due August 12, 2015. Neither the brief nor a motion for extension of time has been filed. We **order** appellees to file their brief **by August 27, 2015**. If the brief is not filed by the date ordered, we will order the case submitted without an appellees' brief.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court